**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| RANDY G. BROWN,           ) | |
| )| |
| Plaintiff,          ) | |
| ) | |
| v.           ) | Civil Action No. 1:08-cv-00601 (JDB) |
| ) | |
| DISTRICT OF COLUMBIA BAR,    ) | |
| ) | |
| Defendant.          ) | |

**APPEARANCE**

To the Clerk of this court and all parties of record:

Please enter the appearance of Timothy K. Webster as counsel in this case for Defendant District of Columbia Bar.

Dated:  June 10, 2008                   Respectfully submitted,

                                         /s/ Timothy K. Webster
                                        Timothy K. Webster (D.C. Bar #441297)
                                        SIDLEY AUSTIN LLP
                                        1501 K Street, N.W.
                                        Washington, D.C.  20005
                                        (202) 736-8000
                                        (202) 736-8711 (fax)
                                        Email:  twebster@sidley.com

                                        *Counsel for the District of Columbia Bar*

**CERTIFICATE OF SERVICE**

I, Timothy K. Webster, certify that I caused the foregoing APPEARANCE to be served on Plaintiff by email, to be followed by a copy sent first class mail, postage prepaid, this 10th day of June, 2008.

Randy Brown
1417 Ames Place, N.E.
Washington, DC 20002
zeugma01@surfglobal.net

/s/ Timothy K. Webster