IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RANDY G. BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:08-cv-00601 (JDB) |
| ) | |
| DISTRICT OF COLUMBIA BAR, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF
TIME TO FILE RESPONSE TO COMPLAINT**

Defendant, the District of Columbia Bar, by and through its undersigned counsel, hereby moves for a thirty day extension of time to file its response to *pro se* Plaintiff Randy G. Brown's Complaint in the above captioned matter from June 10, 2008 until July 10, 2008. In support thereof, Defendant states as follows:

1. Defendant was served with the Complaint on May 21, 2008, thus ostensibly making June 10, 2008 the deadline for responding.[1]

2. Defendant was served with a second, identical complaint on June 3, 2008. It is unclear why Defendant was served with a second complaint and whether that service affected the ostensible June 10, 2008 deadline for responding.

3. Defendant has undertaken, and continues to undertake, an investigation into the allegations raised in the Complaint.

4. Because the factual details of *pro se* Plaintiff's allegations in the Complaint are vague, and the Complaint does not clearly state the legal basis for any of the claims

---

[1] Defendant does not by this motion waive any defects in service or its right to contest the jurisdiction of this Court in this matter.

made therein, counsel for Defendant requires additional time to research the potential validity of Plaintiff's claims prior to responding.

5. Furthermore, counsel for Defendant has been engaged the last three weeks in preparing for and defending a motion for a preliminary injunction in the U.S. District Court for the Western District of Arkansas and consequently has had insufficient time to otherwise prepare a response to Plaintiff's complaint.

6. Defendant has neither requested nor obtained any similar extension in connection with this matter.

7. Counsel for Defendant conferred with *pro se* Plaintiff regarding this motion, and Plaintiff stated that he consents to it.

Wherefore, Defendant respectfully submits that good causes exists to extend the time for response to July 10, 2008.

Dated: June 10, 2008                    Respectfully submitted,

/s/ Timothy K. Webster
Timothy K. Webster (D.C. Bar #441297)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000
(202) 736-8711 (fax)
Email: twebster@sidley.com

*Counsel for the District of Columbia Bar*

## CERTIFICATE OF SERVICE

    I, Timothy K. Webster, certify that I caused the foregoing MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT to be served on Plaintiff by email, to be followed by a copy sent first class mail, postage prepaid, this 10th day of June, 2008.

Randy Brown
1417 Ames Place, N.E.
Washington, DC 20002
zeugma01@surfglobal.net


                                         /s/ Timothy K. Webster

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RANDY G. BROWN, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 08-601 (JDM) |
| | ) |
| DISTRICT OF COLUMBIA BAR, | ) |
| | ) |
|     Defendant. | ) |

## **ORDER**

Upon consideration of Defendant District of Columbia Bar's Unopposed Motion for Extension of Time to File Response to Complaint, it is ORDERED that Defendant's Unopposed Motion for Extension of Time to File Response to Complaint is hereby GRANTED. Accordingly, Defendant's deadline to respond to the Complaint in the above captioned matter is extended from June 10, 2008 until July 10, 2008.

So ordered, this ____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE