**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| RANDY G. BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:08-cv-00601 (JDB) |
| ) | |
| DISTRICT OF COLUMBIA BAR, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT

Defendant, the District of Columbia Bar, by and through its undersigned counsel, hereby moves for a twenty nine day extension of time to file its response to *pro se* Plaintiff Randy G. Brown's Complaint in the above captioned matter from July 10, 2008 until August 8, 2008. In support thereof, Defendant states as follows:

1. Pursuant to the order granting Defendant's first motion for an extension, Defendant's deadline for responding to the complaint is currently July 10, 2008.[1]

2. Defendant has initiated discussions with Plaintiff regarding a potential alternative resolution of this matter in lieu of litigation. Plaintiff has not completed his review of Defendant's proposal.

3. In order to provide time for a possible consensual resolution of this matter, Defendant requests an additional extension of time in which to respond to the complaint. It would not be an efficient for Defendant to devote resources to litigating

---

[1] Defendant does not by this motion waive any defects in service or its right to contest the jurisdiction of this Court in this matter.

this matter unless and until the parties determine that a consensual resolution is not possible.

4. Counsel for Defendant conferred with *pro se* Plaintiff regarding this motion, and Plaintiff stated that he consents to it.

Wherefore, Defendant respectfully submits that good causes exists to extend the time for response to August 8, 2008.

Dated: July 9, 2008

Respectfully submitted,

/s/ Timothy K. Webster
Timothy K. Webster (D.C. Bar #441297)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C.  20005
(202) 736-8000
(202) 736-8711 (fax)
Email:   twebster@sidley.com

*Counsel for the District of Columbia Bar*

## CERTIFICATE OF SERVICE

    I, Timothy K. Webster, certify that I caused the foregoing SECOND MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT to be served on Plaintiff by email, to be followed by a copy sent first class mail, postage prepaid, this 9th day of July, 2008.

Randy Brown
1417 Ames Place, N.E.
Washington, DC 20002
zeugma01@surfglobal.net

                                                  /s/ Timothy K. Webster

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RANDY G. BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 1:08-cv-00601 (JDB) |
| | ) |
| DISTRICT OF COLUMBIA BAR, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Upon consideration of Defendant District of Columbia Bar's Unopposed Second Motion for Extension of Time to File Response to Complaint, it is ORDERED that Defendant's Unopposed Second Motion for Extension of Time to File Response to Complaint is hereby GRANTED. Accordingly, Defendant's deadline to respond to the Complaint in the above captioned matter is extended from July 10, 2008 until August 8, 2008.

So ordered, this ____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE