**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| RANDY G. BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:08-cv-00601 (JDB) |
| ) | |
| DISTRICT OF COLUMBIA BAR, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S UNOPPOSED THIRD AND FINAL MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT**

Defendant, the District of Columbia Bar, by and through its undersigned counsel, hereby moves for a thirty-one day extension of time to file its response to *pro se* Plaintiff Randy G. Brown's Complaint in the above captioned matter from August 8, 2008 until September 8, 2008. In support thereof, Defendant states as follows:

1. Pursuant to the order granting Defendant's first motion for an extension, Defendant's deadline for responding to the complaint is currently August 8, 2008.[1]

2. Defendant has initiated discussions with Plaintiff regarding a potential alternative resolution of this matter in lieu of litigation. Plaintiff has not completed his review of Defendant's proposal. As of August 8, 2008, Plaintiff indicated that he would like additional time to complete his review.

3. In order to provide additional time for a possible consensual resolution of this matter, Defendant requests an additional extension of time in which to respond to the complaint. It would not be an efficient for Defendant to devote resources to

---

[1] Defendant does not by this motion waive any defects in service or its right to contest the jurisdiction of this Court in this matter.

litigating this matter unless and until the parties determine that a consensual resolution is not possible. Defendant recognizes that this is the third motion for extension and anticipates that, if a consensual resolution is not possible, it will file appropriate motion(s) in response to the complaint on or before September 8, 2008 without seeking a further extension (unless unforeseen circumstances arise).

4. Counsel for Defendant conferred with *pro se* Plaintiff regarding this motion, and Plaintiff stated that he consents to it.

Wherefore, Defendant respectfully submits that good causes exists to extend the time for response to September 8, 2008.

Dated: August 8, 2008                           Respectfully submitted,

/s/ Timothy K. Webster
Timothy K. Webster (D.C. Bar #441297)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000
(202) 736-8711 (fax)
Email: twebster@sidley.com

*Counsel for the District of Columbia Bar*

2

## CERTIFICATE OF SERVICE

    I, Timothy K. Webster, certify that I caused the foregoing THIRD AND FINAL MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT to be served on Plaintiff by email, to be followed by a copy sent first class mail, postage prepaid, this 8th day of August, 2008.

Randy Brown
1417 Ames Place, N.E.
Washington, DC 20002
zeugma01@surfglobal.net

                          /s/ Timothy K. Webster

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RANDY G. BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 1:08-cv-00601 (JDB) |
| | ) |
| DISTRICT OF COLUMBIA BAR, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Upon consideration of Defendant District of Columbia Bar's Unopposed Third and Final Motion for Extension of Time to File Response to Complaint, it is ORDERED that Defendant's Unopposed Third and Final Motion for Extension of Time to File Response to Complaint is hereby GRANTED. Accordingly, Defendant's deadline to respond to the Complaint in the above captioned matter is extended from August 8, 2008 until September 8, 2008.

So ordered, this ____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE