# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RANDY G. BROWN, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:08-cv-00601 (JDB) |
| ) | |
| DISTRICT OF COLUMBIA BAR, ) | |
| ) | |
|     Defendant. ) | |

## NOTICE OF INTENT TO DISMISS

Defendant, the District of Columbia Bar, by and through its undersigned counsel, hereby submits this Notice of Intent To Dismiss to communicate to the Court that the parties have tentatively reached a consensual resolution of this case which, as described below, should lead to its dismissal. This consensual resolution must be approved by the Defendant's Board of Governors, which will consider the matter at their meeting on September 9, 2008. Assuming the consensual resolution is ratified and implemented, the parties will file a Joint Stipulation of Dismissal promptly. The parties will notify the Court of any significant delays or changes to the status of this matter.

Plaintiff, *pro se*, has reviewed and concurs with this Notice.

Dated: September 3, 2008

Respectfully submitted,

/s/ Timothy K. Webster
Timothy K. Webster (D.C. Bar #441297)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000
(202) 736-8711 (fax)
Email: twebster@sidley.com

*Counsel for the District of Columbia Bar*

2

**CERTIFICATE OF SERVICE**

    I, Timothy K. Webster, certify that I caused the foregoing NOTICE OF INTENT TO DISMISS to be served on Plaintiff by email, to be followed by a copy sent first class mail, postage prepaid, this 3rd day of September, 2008.

Randy Brown
1417 Ames Place, N.E.
Washington, DC 20002
zeugma01@surfglobal.net

                                      /s/ Timothy K. Webster